UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EJ MCELROY,<br><br>        Plaintiff,<br><br>    v.<br><br>CHCF CHIEF CLASSIFICATIONS SERVICES, et al.,<br><br>        Defendants. | No. 2:17-cv-1739 KJN P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On August 24, 2017, plaintiff filed a motion asking the court to order prison staff to execute his application to proceed in forma pauperis. (ECF No. 3.) However, on August 25, 2017, the prison filed plaintiff's certified trust account statement. Therefore, no further certification is required. But, plaintiff has not filed his own in forma pauperis affidavit. If plaintiff wants to proceed in forma pauperis, he must complete, sign and submit his application to proceed in forma pauperis[1] to the court. By order filed August 29, 2017, plaintiff was granted

////

---

[1] Although the court's form has a section for certification by prison officials, that section is for inmates not housed in the California Department of Corrections and Rehabilitation. As noted above, the prison has already provided plaintiff's certified financial information.

1

thirty days in which to file the application or pay the $400.00.  Thus, plaintiff must file his completed and signed application on or before September 29, 2017.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 3) is denied; and

2. Plaintiff's completed and signed application to proceed in forma pauperis shall be filed on or before September 29, 2017.  Plaintiff's failure to comply court orders will result in a recommendation that this action be dismissed.

Dated:  August 31, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mcel1739.den