UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN MCELROY, aka E.J. MCELROY,<br><br>            Plaintiff,<br><br>   v.<br><br>CHCF CHIEF CLASSIFICATIONS SERVICES, et al.,<br><br>            Defendants. | No. No. 2:17-cv-1739 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By an order filed November 7, 2017, plaintiff was ordered to submit, within twenty-one days from the date of this order, the appropriate filing fee, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The twenty-one day period has now expired, and plaintiff has not paid the filing fee or responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1 | "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
2 | objections shall be filed and served within fourteen days after service of the objections.  The
3 | parties are advised that failure to file objections within the specified time may waive the right to
4 | appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5 | Dated:  December 6, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mcel1739.fpf